# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

GAEL A. O.,                                Case No. 18-CV-3269 (WMW/TNL)

          Petitioner,

v.                                                      **ORDER**

DHS/ICE OFFICE OF CHIEF
COUNSEL,

          Respondent.

**IT IS HEREBY ORDERED THAT**:

1. Petitioner Gael A. O.'s application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. Respondent is directed to file an answer to the petition for a writ of habeas corpus within 30 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondent's answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

   b. A reasoned memorandum of law and fact fully stating Respondent's legal position on Petitioner's claims; and

    c.    Respondent's recommendation on whether an evidentiary hearing should be conducted in this matter.

4. If Petitioner intends to file a reply to Respondent's answer, he must do so within 30 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Date: January  29 , 2019

                                                        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Gael A. O. v. DHS/ICE Office of Chief Counsel*
Case No. 18-cv-3269 (WMW/TNL)